No. 04–7979. QUINTANA-PEREZ v. UNITED STATES. C. A. 1st Cir. Reported below: 117 Fed. Appx. 773;

No. 04–8308. SANDOVAL-QUINONES v. UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 325;

No. 04–8576. CARDONA v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 269;

No. 04–9496. WASHINGTON v. UNITED STATES. C. A. 6th Cir. Reported below: 134 Fed. Appx. 797;

No. 04–9502. CUNNINGHAM v. UNITED STATES. C. A. 5th Cir. Reported below: 117 Fed. Appx. 373;

No. 04–9509. GRAVENHORST v. UNITED STATES. C. A. 1st Cir. Reported below: 377 F. 3d 49;

No. 04–9515. ROGERS v. UNITED STATES. C. A. 4th Cir. Reported below: 118 Fed. Appx. 669;

No. 04–9540. JACKSON v. UNITED STATES. C. A. 4th Cir. Reported below: 118 Fed. Appx. 772;

No. 04–9547. WASHINGTON v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 205;

No. 04–9549. SANCHEZ-VILLAR v. UNITED STATES. C. A. 2d Cir. Reported below: 99 Fed. Appx. 256;

No. 04–9550. LACHNEY v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 640;

No. 04–9552. WATKINS v. UNITED STATES. C. A. 8th Cir. Reported below: 113 Fed. Appx. 720;

No. 04–9555. COGGINS v. UNITED STATES. C. A. 1st Cir.;

No. 04–9563. HERNDON v. UNITED STATES. C. A. 6th Cir. Reported below: 393 F. 3d 665;

No. 04–9568. HANSEN v. UNITED STATES. C. A. 11th Cir.;

No. 04–9569. HOOF v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 603;

No. 04–9576. PENNYWELL v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 653;

No. 04–9601. MYERS v. UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 937;

No. 04–9603. MESSANO v. UNITED STATES. C. A. 9th Cir. Reported below: 114 Fed. Appx. 785;

No. 04–9620. BRANCH v. UNITED STATES. C. A. 3d Cir. Reported below: 120 Fed. Appx. 920;

No. 04–9665. NAZARIO v. UNITED STATES. C. A. 11th Cir.;

No. 04–9701. MCGHEE v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 975; and

No. 04–9754. MCLERAN v. UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).